FILED
CHARLOTTE, NC

FEB 1 1 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| IN RE: The real property at 226 Maple Creek Drive, Statesville, North Carolina, more particularly described in a deed, Deed Book 2571, Pages 1492-1507, in the Iredell County Register of Deeds on or about August 10, 2018. <br><br> FILE IN GRANTOR INDEX UNDER: <br><br> Oscar M. Rangel Gutierrez | CASE NO: 3:19MC22 <br><br> **ORDER AND LIS PENDENS** |

WHEREAS, the United States of America, by and through Timothy M. Bradley, Special Agent, Department of Homeland Security, Homeland Security Investigations, has presented an Affidavit to the Court alleging that the above-captioned property was used or intended to be used to facilitate federal narcotics trafficking offenses in violation of Title 21, United States Code;

WHEREAS, the Court, having reviewed the Affidavit, finds that there is probable cause to believe that the property was used or intended to be used to facilitate such violations;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 21 U.S.C. §§ 853 and 881, and the Government is entitled to record an Order and Lis Pendens to give public notice of the Government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United

States in a present or future criminal or civil *in rem* action before this Court, and any person who has a question as to this action should contact:

>United States Attorney for the Western District of North Carolina
>227 West Trade Street, Suite 1650
>Charlotte, NC 28202
>(704) 344-6222

This the 9th day of February, 2019.

_____
HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**